THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* DAVID BERNSTEIN, Appellant.

(Argued June 1, 1931; decided June 16, 1931.)

*Mortimer Schwager* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Appeal dismissed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.